```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      SOUTHERN DIVISION
```

RONNIE McNAIR                                          PETITIONER

VS.                                       CRIMINAL NO. 1:00-cr-89(DCB)

UNITED STATES OF AMERICA

ORDER

This cause is before the Court on Petitioner Ronnie McNair's "Motion to Vacate Judgment of Probation in the Instant Case" **(docket entry 150).** The Petitioner seeks a "Recommendation" from the Court recommending that he serve the last 12 months of his prison term within the confines of a Residential Re-Entry Center as close to his home in San Pablo, California, as is possible.

The Court requires the United States to respond to the Petitioner's Motion within twenty (20) days from the date of entry of this Order.

SO ORDERED, this the 27th day of April, 2020.

_David C. Bramlette_____

UNITED STATES DISTRICT COURT JUDGE